LENA SCHNEIDER, as Administratrix of the Estate of MORRIS SCHNEIDER, Deceased, Appellant, *v.* BROOKLYN BUS CORPORATION, Respondent.

Argued February 26, 1945; decided April 5, 1945.

*Myron Wisoff* and *Harry Gittleson* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (W. Bernard Richland* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs in all courts to the appellant to abide the event, upon the ground that the issues of negligence and contributory negligence were properly submitted to the jury. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.